IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY A. ODOM, SR., *et al.*, | ) |
| | ) |
| Plaintiffs / Counter-Defendants, | ) |
| | ) |
| v. | ) CIVIL ACTION 09-0147-WS-N |
| | ) |
| SOUTHEAST SUPPLY HEADER, LLC, | ) |
| | ) |
| Defendant / Counter-Plaintiff. | ) |

**FINAL JUDGMENT**

In accordance with the Orders entered on this date and on December 9, 2009, ruling on the parties' multiple motions for summary judgment, it is **ordered, adjudged and decreed** as follows:

1. Judgment is entered in favor of the defendant as to Count Two of its Counterclaim. Pursuant to Alabama Code § 35-4-153, the Grant of Easement executed by the plaintiffs on or about December 28, 2007 is **reformed** and **revised** on the ground of mutual mistake of the parties to provide that the right-of-way granted to SESH is defined as the 50-foot strip of land immediately contiguous to the southern boundary line of the Gateway Easement, without regard to the position of the pipeline within that strip.

2. All other claims and causes of action brought by the parties herein are **dismissed with prejudice**.

DONE and ORDERED this 29th day of April, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE